Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-200

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
November 25, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Suminagashi marble paper texture 63 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | August 31, 2015 |
| **Nation of 1st Publication:** | Russia |

## Author

| | |
|---|---|
| • **Author:** | Dinara Khandy |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Dinara Khandy |
| | ul. Vinokurova 12k1, kv. 54, Moscow, 117447, Russia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Dinara Khandy |
| **Email:** | hello@dinamae.com |
| **Address:** | ul. Vinokurova 12k1, kv. 54 |
| | Moscow 117447 Russia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 09, 2025 |
| **Applicant's Tracking Number:** | DK2025070917 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-219

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

**Title of Work:**  Seamless pattern with abstract watercolor shapes in blue

## Completion/Publication

**Year of Completion:**  2015
**Date of 1st Publication:**  September 07, 2015
**Nation of 1st Publication:**  Russia

## Author

- **Author:**  Dinara Khandy
  **Author Created:**  2-D artwork
  **Citizen of:**  Russia

## Copyright Claimant

**Copyright Claimant:**  Dinara Khandy
ul. Vinokurova 12k1, kv. 54, Moscow, 117447, Russia

## Rights and Permissions

**Name:**  Dinara Khandy
**Email:**  hello@dinamae.com
**Address:**  ul. Vinokurova 12k1, kv. 54
Moscow 117447 Russia

## Certification

**Name:**  David Denholm
**Date:**  July 08, 2025
**Applicant's Tracking Number:**  DK2025070906



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-206

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Ethereal ink texture 36 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | May 08, 2018 |
| **Nation of 1st Publication:** | Russia |

## Author

| | |
|---|---|
| • **Author:** | Dinara Khandy |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Dinara Khandy |
| | ul. Vinokurova 12k1, kv. 54, Moscow, 117447, Russia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Dinara Khandy |
| **Email:** | hello@dinamae.com |
| **Address:** | ul. Vinokurova 12k1, kv. 54 |
| | Moscow 117447 Russia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 08, 2025 |
| **Applicant's Tracking Number:** | DK2025070903 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-145

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
November 25, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Ethereal ink texture 18 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | May 08, 2018 |
| **Nation of 1st Publication:** | Russia |

## Author

| | | |
|---|---|---|
| • | **Author:** | Dinara Khandy |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Dinara Khandy |
| | ul. Vinokurova 12k1, kv. 54, Moscow, 117447, Russia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Dinara Khandy |
| **Email:** | hello@dinamae.com |
| **Address:** | ul. Vinokurova 12k1, kv. 54 |
| | Moscow 117447 Russia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 08, 2025 |
| **Applicant's Tracking Number:** | DK2025070901 |



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-468-150

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Seamless pattern with watercolor circle shapes in blue |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | September 07, 2015 |
| **Nation of 1st Publication:** | Russia |

## Author

| | |
|---|---|
| **Author:** | Dinara Khandy |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Dinara Khandy |
| | ul. Vinokurova 12k1, kv. 54, Moscow, 117447, Russia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Dinara Khandy |
| **Email:** | hello@dinamae.com |
| **Address:** | ul. Vinokurova 12k1, kv. 54 |
| | Moscow 117447 Russia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 09, 2025 |
| **Applicant's Tracking Number:** | DK2025070911 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-222

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
November 25, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Seamless pattern with hand drawn watercolor peaches |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | July 20, 2015 |
| **Nation of 1st Publication:** | Russia |

## Author

| | |
|---|---|
| **Author:** | Dinara Khandy |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Dinara Khandy |
| | ul. Vinokurova 12k1, kv. 54, Moscow, 117447, Russia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Dinara Khandy |
| **Email:** | hello@dinamae.com |
| **Address:** | ul. Vinokurova 12k1, kv. 54 |
| | Moscow 117447 Russia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 08, 2025 |
| **Applicant's Tracking Number:** | DK2025070909 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-188

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Seamless pattern with hand drawn watercolor dragon fruits |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | November 29, 2016 |
| **Nation of 1st Publication:** | Russia |

## Author

| | |
|---|---|
| • **Author:** | Dinara Khandy |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Dinara Khandy |
| | ul. Vinokurova 12k1, kv. 54, Moscow, 117447, Russia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Dinara Khandy |
| **Email:** | hello@dinamae.com |
| **Address:** | ul. Vinokurova 12k1, kv. 54 |
| | Moscow 117447 Russia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 08, 2025 |
| **Applicant's Tracking Number:** | DK2025070908 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-184

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title
_____

Title of Work:    Seamless pattern with hand drawn watercolor watermelons

## Completion/Publication
_____

Year of Completion:    2015
Date of 1st Publication:    August 31, 2015
Nation of 1ˢᵗ Publication:    Russia

## Author
_____

•    Author:    Dinara Khandy
Author Created:    2-D artwork
Citizen of:    Russia

## Copyright Claimant
_____

Copyright Claimant:    Dinara Khandy
ul. Vinokurova 12k1, kv. 54, Moscow, 117447, Russia

## Rights and Permissions
_____

Name:    Dinara Khandy
Email:    hello@dinamae.com
Address:    ul. Vinokurova 12k1, kv. 54
Moscow 117447 Russia

## Certification
_____

Name:    David Denholm
Date:    July 08, 2025
Applicant's Tracking Number:    DK2025070910



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-178

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Seamless watercolor polka dot pattern in light blue |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | September 07, 2015 |
| **Nation of 1st Publication:** | Russia |

## Author

| | |
|---|---|
| **Author:** | Dinara Khandy |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Dinara Khandy |
| | ul. Vinokurova 12k1, kv. 54, Moscow, 117447, Russia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Dinara Khandy |
| **Email:** | hello@dinamae.com |
| **Address:** | ul. Vinokurova 12k1, kv. 54 |
| | Moscow 117447 Russia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 09, 2025 |
| **Applicant's Tracking Number:** | DK2025070914 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-165

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

**Title of Work:** Seamless pattern with watercolor semicircle shapes in blue

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 29, 2016
**Nation of 1st Publication:** Russia

## Author

- **Author:** Dinara Khandy
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Dinara Khandy
ul. Vinokurova 12k1, kv. 54, Moscow, 117447, Russia

## Rights and Permissions

**Name:** Dinara Khandy
**Email:** hello@dinamae.com
**Address:** ul. Vinokurova 12k1, kv. 54
Moscow 117447 Russia

## Certification

**Name:** David Denholm
**Date:** July 09, 2025
**Applicant's Tracking Number:** DK2025070912

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-214

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Suminagashi marble paper texture 13 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | July 27, 2015 |
| **Nation of 1st Publication:** | Russia |

## Author

| | | |
|---|---|---|
| • | **Author:** | Dinara Khandy |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Dinara Khandy |
| | ul. Vinokurova 12k1, kv. 54, Moscow, 117447, Russia |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Dinara Khandy |
| **Email:** | hello@dinamae.com |
| **Address:** | ul. Vinokurova 12k1, kv. 54 |
| | Moscow 117447 Russia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 09, 2025 |
| **Applicant's Tracking Number:** | DK2025070915 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-207

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
November 25, 2025

## Title
_____

**Title of Work:** Seamless gold polka dot pattern

## Completion/Publication
_____

**Year of Completion:** 2015
**Date of 1st Publication:** August 17, 2015
**Nation of 1st Publication:** Russia

## Author
_____

- **Author:** Dinara Khandy
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant
_____

**Copyright Claimant:** Dinara Khandy
ul. Vinokurova 12k1, kv. 54, Moscow, 117447, Russia

## Rights and Permissions
_____

**Name:** Dinara Khandy
**Email:** hello@dinamae.com
**Address:** ul. Vinokurova 12k1, kv. 54
Moscow 117447 Russia

## Certification
_____

**Name:** David Denholm
**Date:** July 08, 2025
**Applicant's Tracking Number:** DK2025070905

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-204

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title
    **Title of Work:** Ethereal ink texture 2

## Completion/Publication
    **Year of Completion:** 2018
  **Date of 1st Publication:** May 08, 2018
  **Nation of 1ˢᵗ Publication:** Russia

## Author
    •   **Author:** Dinara Khandy
   **Author Created:** 2-D artwork
    **Citizen of:** Russia

## Copyright Claimant
  **Copyright Claimant:** Dinara Khandy
        ul. Vinokurova 12k1, kv. 54, Moscow, 117447, Russia

## Rights and Permissions
    **Name:** Dinara Khandy
   **Email:** hello@dinamae.com
  **Address:** ul. Vinokurova 12k1, kv. 54
       Moscow 117447 Russia

## Certification
    **Name:** David Denholm
    **Date:** July 08, 2025
 **Applicant's Tracking Number:** DK2025070902



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-203

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Suminagashi marble paper texture 36 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | February 15, 2016 |
| **Nation of 1st Publication:** | Russia |

## Author

| | | |
|---|---|---|
| • | **Author:** | Dinara Khandy |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Dinara Khandy |
| | ul. Vinokurova 12k1, kv. 54, Moscow, 117447, Russia |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Dinara Khandy |
| **Email:** | hello@dinamae.com |
| **Address:** | ul. Vinokurova 12k1, kv. 54 |
| | Moscow 117447 Russia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 09, 2025 |
| **Applicant's Tracking Number:** | DK2025070916 |

