**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DINARA KHANDY,

     Plaintiff,                                    Case No.: 1:26-cv-05807

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|-----|------------|
| 1 | RENZHFAN |
| 2 | Karin Yang |
| 3 | Joan Yue |
| 4 | shneom |
| 5 | LeMusi |
| 6 | wesley Hu |
| 7 | ATriss |
| 8 | GODDE |
| 9 | Leif Gao |
| 10 | Zuiali |
| 11 | Mamapur |
| 12 | VIKKO |
| 13 | Giorgruth |
| 14 | betty li |
| 15 | MCZTO |
| 16 | Breamblue N |
| 17 | hagan panting |
| 18 | Linyoria |
| 19 | SIUTOPU |
| 20 | EBestSeller-US |
| 21 | Phonograph |
| 22 | YALYVERY Decor |
| 23 | genmai huizhuijiu |

1

| 24 | Artistic Curtain |
|---|---|
| 25 | NEW5 |
| 26 | Victrlaurel ship from US |
| 27 | HaokHome Wallpaper |
| 28 | Idomural |
| 29 | TaiYuanWangZhaMaoYiYouXianGongSi |
| 30 | Kinetic Essentials |
| 31 | Gkseojer |
| 32 | xixinp |
| 33 | Laidehusat |
| 34 | Haoma |
| 35 | Siliaire |
| 36 | Qusenong |
| 37 | Telingmei |
| 38 | Nadinraom |
| 39 | Murdoffiu |
| 40 | Langeriy |
| 41 | INSTAKA |
| 42 | Senikei |
| 43 | Veronic-Home |
| 44 | Koolleo |
| 45 | Ulthilift |
| 46 | Miangastore |
| 47 | Lhiodmall |
| 48 | ReageLinjia |
| 49 | Megalo |
| 50 | Qijita |
| 51 | JULMCOMO |
| 52 | Yishen Sheng |
| 53 | GZYSG |
| 54 | Banxiashop January |
| 55 | yinuoshop May |
| 56 | Mingdiushop February |
| 57 | kaiqiangshop February |
| 58 | chengningshop |
| 59 | Surderiably ZS |
| 60 | Forelskety ZS |
| 61 | Cozy Daily Nest Goods Shop |

2

| 62 | Robin Boutique Shop |
|----|---------------------|
| 63 | Office esports mouse pad |
| 64 | EnchantedCloset |
| 65 | RainMomo |
| 66 | Alalei Home IV |
| 67 | Fudala |
| 68 | Wanwo |
| 69 | Xinshun Home |
| 70 | MY Qiyao Home Textiles |
| 71 | MY Yongfa Home Textiles |
| 72 | DJKK life Rugs |
| 73 | lIUTIJ |
| 74 | XLMVU |
| 75 | Mu kuu |
| 76 | Gnomes love |
| 77 | STjianghaotian |
| 78 | JPPZguizhou |
| 79 | TerraTread Shop |
| 80 | TXDT Shop |
| 81 | Trail Ridge Rugs |
| 82 | Unique Star Rugs |
| 83 | LINAALIN |
| 84 | Ye Xi I |
| 85 | wood wall art zhang |
| 86 | Nanayaya |
| 87 | HongY Floor Mat |
| 88 | weforever18 |
| 89 | casecool_gift |
| 90 | happydealmore |
| 91 | lulu-lucky |
| 92 | Case4yourfone |
| 93 | wonderinthebox88 |
| 94 | streetsangels.com |

3