**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DINARA KHANDY, | |
| Plaintiff, | Case No.: 1:26-cv-05807 |
| v. | Judge Jeffrey I. Cummings |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | |

**DECLARATION OF DINARA KHANDY**

I, DINARA KHANDY, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that creates the Dinara Khandy Works. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am a multidisciplinary artist working as a graphic designer, illustrator, and animator. My traditional paintings and patterns are created with watercolor, acrylics, or inks and tend to be abstract, airy, and ethereal with a feminine touch. My digital work in illustration and animation takes on a playful, character driven approach and is often bright, colorful, and whimsical. I am inspired by nature, especially the sea and forests, as well as animals, everyday moments, film, TV, and other artists. My work has been featured in various publications and online outlets. I have collaborated with brands such as Adobe, West Elm, Minted, Spoonflower, Creative Market, and WallsNeedLove, and my art has been exhibited internationally. My art can be found on products in major supermarkets,

makeup and beverage packaging, clothing lines, home goods, fabrics, wallpapers, curtains, and more.

4. I am the official source of products associated with the Dinara Khandy Works (the "Dinara Khandy Products"):




https://www.redbubble.com/people/dinaramay/shop

5. I am the owner of the copyright registrations for the Dinara Khandy copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-468-200 and VA 2-468-219 (the "Dinara Khandy Works"). True and correct copies of the copyright registrations for the Dinara Khandy Works are attached hereto as **Exhibit 1**.

6. I control the quality of all materials and content that feature the distinctive Dinara Khandy Works.

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing, and otherwise promoting the Dinara Khandy Works. As a result, the

images are widely recognized and exclusively associated by consumers, the public, and the trade with my name.

8. The success of the Dinara Khandy Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Amended Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Dinara Khandy Works to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Dinara Khandy Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Dinara Khandy Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Dinara Khandy Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason. True and correct copies of screenshot printouts showing the active Defendant Internet Stores reviewed are attached as **Exhibit 2**.

10. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible,

to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11. My goodwill and reputation are irreparably damaged when the Dinara Khandy Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Dinara Khandy copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Dinara Khandy Works and derivative works.

12. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Dinara Khandy Works are meant to be exclusive rights.

13. The marketing and distribution of the Dinara Khandy Works and derivative works are aimed at growing and sustaining sales. When infringers use the Dinara Khandy Works without authorization, the exclusivity associated with the Dinara Khandy Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Dinara Khandy Works create the impression that the copyright rights associated with the Dinara Khandy Works may be infringed with impunity. The Dinara Khandy Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Dinara Khandy Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Dinara Khandy Works cannot be compensated for financially since it erodes my ability to monetize the Dinara Khandy Works.

15. I will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2026.

Dinara Khandy

Dinara Khandy