Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-468-200**
**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
November 25, 2025

## Title

**Title of Work:** Suminagashi marble paper texture 63

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 31, 2015
**Nation of 1st Publication:** Russia

## Author

- **Author:** Dinara Khandy
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Dinara Khandy
ul. Vinokurova 12k1, kv. 54, Moscow, 117447, Russia

## Rights and Permissions

**Name:** Dinara Khandy
**Email:** hello@dinamae.com
**Address:** ul. Vinokurova 12k1, kv. 54
Moscow 117447 Russia

## Certification

**Name:** David Denholm
**Date:** July 09, 2025
**Applicant's Tracking Number:** DK2025070917



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-468-219**
**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
November 25, 2025

## Title

**Title of Work:** Seamless pattern with abstract watercolor shapes in blue

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 07, 2015
**Nation of 1st Publication:** Russia

## Author

- **Author:** Dinara Khandy
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Dinara Khandy
ul. Vinokurova 12k1, kv. 54, Moscow, 117447, Russia

## Rights and Permissions

**Name:** Dinara Khandy
**Email:** hello@dinamae.com
**Address:** ul. Vinokurova 12k1, kv. 54
Moscow 117447 Russia

## Certification

**Name:** David Denholm
**Date:** July 08, 2025
**Applicant's Tracking Number:** DK2025070906

