UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton
Clerk

312-435-5670

Date: 11/18/2026

Case Number: 1:26-cv-05807

Case Title: Dinara Khandy v. The Partnerships

Judge: Jeffrey I Cummings

**DOCUMENT NOT IMAGED DUE TO REASON(S) CHECKED BELOW**

- ☐ Sealed or restricted document. (A court order is required to view a sealed or restricted document.)
- ☐ Too voluminous.
- ☐ Photographs
- ☑ Civil bond (A court order is required to view a financial document.)
- ☐ Criminal bond (A court order is required to view a financial document.)
- ☐ Miscellaneous (MC) case
- ☐ Other:

To view the document, you must first obtain the case file at the Clerk's Office. The Clerk's Office is open from 8:30 a.m. to 4:30p.m. Monday through Friday except for legal holidays. To obtain a copy call the Clerk's Office Copy Desk at 312-435-5699.

Thomas G. Bruton, Clerk

By: /s/ T.G.
Deputy Clerk